# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 13-56142, Chapter 7 |
| | : | Judge John E. Hoffman, Jr. |
| SECREST, RONALD L | : | SSN:      xxx-xx-5265 |
| | : | SSN: |
| Debtor(s). | : | |

## REPORT OF DISTRIBUTION

Now comes David M. Whittaker, Trustee, and states that this proceeding was commenced on 08/01/13.  On 01/29/15, the Trustee filed his Final Report and Account, and on 03/04/15 the Court entered an Order for Payment of Fees and Expenses.

Wisler, Myers & Kalles Family Dentistry, an unsecured creditor in this matter, returned its check in the amount of $62.29 stating that no money is owed it.  The Trustee is filing this Report of Distribution to reflect the distribution of these funds to the remaining creditors.

WHEREFORE, based upon the foregoing the Trustee shall promptly distribute estate proceeds as set forth in the attached Exhibit(s).

/s/ David M. Whittaker
David M. Whittaker, Trustee (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:   United States Trustee
      170 North High Street, Suite 200
      Columbus, OH  43215

8670054v1

Case No.   **13-56142-JEH**                                                    FORM 5-A (Rev. 11/93)
**SECREST, RONALD L**

# TRUSTEE'S SUMMARY OF RECEIPTS, DISBURSEMENTS AND PROPOSED DISTRIBUTIONS

|  | TOTAL | Already Paid | Proposed To Be Paid |  |
|---|---:|---:|---:|---:|
| TOTAL RECEIPTS (Actual & Constructive) | 8,500.00 | | | |
| (less) Exemptions, Refunds, & Other Noncompensable Distribution | 0.00 | 0.00 | 0.00 | |
| Available for Distribution & Trustee Comp. | 8,500.00 | | | |
| Maximum Trustee Compensation - §326 | 1,250.00 | | | |

| **DISTRIBUTION TO CLAIMANTS:** | Total Claims | Interim Payments | Proposed Dividend | % of Claim |
|---|---:|---:|---:|---:|
| Secured Claims | 0.00 | 0.00 | 0.00 | 0.00 |
| Administrative Expenses (§507(a)(1)) (Itemized) | | | | |
| Trustee Expenses: | 513.08 | 513.08 | 0.00 | 100.00 |
| Copying (259.20) | | | | |
| Filing Fee (176.00) | | | | |
| Postage (77.88) | | | | |
| Attorney for Trustee Fees: | | | | |
| a) To Trustee or Affiliated Firm | 0.00 | 0.00 | 0.00 | 0.00 |
| b) Special Counsel & Other | 0.00 | 0.00 | 0.00 | 0.00 |
| All Other Professional Fees: | | | | |
| a) To Auctioneer | 0.00 | 0.00 | 0.00 | 0.00 |
| b) To Other Professional | 0.00 | 0.00 | 0.00 | 0.00 |
| Expenses: | | | | |
| a) Attorney for Trustee Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| b) Special Counsel & Other | 0.00 | 0.00 | 0.00 | 0.00 |
| c) To Other Professional | 0.00 | 0.00 | 0.00 | 0.00 |
| Administrative Expenses from Prior Chapter | 0.00 | 0.00 | 0.00 | 0.00 |
| Court Costs: Notices/Claims/Fees/UST Fees | 643.00 | 643.00 | 0.00 | 100.00 |
| **TOTAL** EXPENSES OF ADMINISTRATION OTHER THAN TRUSTEE COMPENSATION: | 1,156.08 | 1,156.08 | 0.00 | 100.00 |
| Wages, Salaries & Commissions (§507(a)(4)) | 0.00 | 0.00 | 0.00 | 0.00 |
| Priority Tax Claims (§507(a)(8)) | 1,101.78 | 1,101.78 | 0.00 | 100.00 |
| Other Priority Claims (§507(a)(1),(3),(5),(6),(7),(9) or (10)) | 0.00 | 0.00 | 0.00 | 0.00 |
| Timely Unsecured Claims - §726(a)(2) | 32,555.75 | 4,929.85 | 62.29 | 15.33 |
| Untimely Unsecured Claims - §726(a)(3) | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Penalties/Fines - §726(a)(4) | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Interest - §726(a)(5) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL** CLAIMS AND EXPENSES OTHER **THAN** TOTAL TRUSTEE COMPENSATION: | 34,813.61 | 7,187.71 | 62.29 | 20.83 |
| Trustee Compensations | 1,250.00 | 1,250.00 | 0.00 | 100.00 |
| **TOTAL CLAIMS AND EXPENSES** | 36,063.61 | | 62.29 | |
| Surplus to Debtor - §726(a)(6) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL CLAIMS, EXPENSES, AND SURPLUS** | 36,063.61 | | 62.29 | |

8670017v1

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $62.29 |
| | DAVID M. WHITTAKER TRUSTEE | Admin | 001 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $62.29 |
| | DAVID M. WHITTAKER TRUSTEE | Admin | 001 | $513.08 | $513.08 | $0.00 | $0.00 | $62.29 |
| | Clerk, United States Bankruptcy Court | Admin | 001 | $293.00 | $293.00 | $0.00 | $0.00 | $62.29 |
| | Clerk, United States Bankruptcy Court | Admin | 001 | $350.00 | $350.00 | $0.00 | $0.00 | $62.29 |
| 000004A | Ohio Department of Taxation | Priority | 058 | $181.84 | $181.84 | $0.00 | $0.00 | $62.29 |
| 000024A | Ohio Department of Taxation | Priority | 058 | $919.94 | $919.94 | $0.00 | $0.00 | $62.29 |
| 000001 | Cavalry Investments LLC | Unsec | 070 | $451.77 | $69.27 | $382.50 | $0.88 | $61.41 |
| 000002 | Jefferson Capital Systems LLC | Unsec | 070 | $974.29 | $149.40 | $824.89 | $1.89 | $59.52 |
| 000003 | Adena Health System | Unsec | 070 | $3,516.44 | $539.22 | $2,977.22 | $6.81 | $52.71 |
| 000004B | Ohio Department of Taxation | Unsec | 070 | $309.16 | $47.41 | $261.75 | $0.59 | $52.12 |
| 000005 | LVNV Funding, LLC its successors and assigns as | Unsec | 070 | $714.58 | $109.57 | $605.01 | $1.39 | $50.73 |
| 000006 | Adena Radiology | Unsec | 070 | $42.78 | $6.56 | $36.22 | $0.09 | $50.64 |
| 000007 | Bartoe & Associates | Unsec | 070 | $382.66 | $58.68 | $323.98 | $0.74 | $49.90 |
| 000008 | CBCS | Unsec | 070 | $43.56 | $6.68 | $36.88 | $0.09 | $49.81 |
| 000009 | Department of Veterans Affairs | Unsec | 070 | $147.84 | $22.67 | $125.17 | $0.29 | $49.52 |
| 000010 | FFCC-Columbus | Unsec | 070 | $661.00 | $101.36 | $559.64 | $1.28 | $48.24 |
| 000011 | Horizon | Unsec | 070 | $31.86 | $4.89 | $26.97 | $0.05 | $48.19 |
| 000012 | Jp Recovery Systems | Unsec | 070 | $393.31 | $60.31 | $333.00 | $0.77 | $47.42 |
| 000013 | Patient Financial Services | Unsec | 070 | $186.27 | $28.56 | $157.71 | $0.36 | $47.06 |
| 000014 | Portfolio Recovery Associates | Unsec | 070 | $523.00 | $80.20 | $442.80 | $1.01 | $46.05 |
| 000015 | Regional Health | Unsec | 070 | $573.30 | $87.91 | $485.39 | $1.11 | $44.94 |
| 000016 | Ross Emergency Group PC Inc. | Unsec | 070 | $284.61 | $43.64 | $240.97 | $0.55 | $44.39 |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 000017 | Schumacher Group | Unsec | 070 | $186.27 | $28.56 | $157.71 | $0.36 | $44.03 |
| 000018 | South Central Power | Unsec | 070 | $86.66 | $13.29 | $73.37 | $0.17 | $43.86 |
| 000019 | Sprint | Unsec | 070 | $193.98 | $29.75 | $164.23 | $0.37 | $43.49 |
| 000020 | Stevens Disposal Inc. | Unsec | 070 | $49.38 | $7.57 | $41.81 | $0.10 | $43.39 |
| 000021 | USAA | Unsec | 070 | $287.88 | $44.14 | $243.74 | $0.56 | $42.83 |
| 000022 | Wisler, Myers & Kalles Family Dentistry | Unsec | 070 | $406.19 | $0.00 | $406.19 | $0.00 | $42.83 |
| 000023 | Regional Acceptance Corporation | Unsec | 070 | $21,436.17 | $3,287.05 | $18,149.12 | $41.53 | $1.30 |
| 000024B | Ohio Department of Taxation | Unsec | 070 | $672.79 | $103.16 | $569.63 | $1.30 | $0.00 |
| << Totals >> | | | | $36,063.61 | $8,437.71 | $27,625.90 | $62.29 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.