# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 13-56142, Chapter 7 |
| | : | Judge John E. Hoffman, Jr. |
| SECREST, RONALD L | : | SSN:        xxx-xx-5265 |
| | : | SSN: |
| Debtor(s). | : | |

## SECOND REPORT OF DISTRIBUTION

Now comes David M. Whittaker, Trustee, and states that this proceeding was commenced on 08/01/13. On 01/29/15, the Trustee filed his Final Report and Account, and on 03/04/15 the Court entered an Order for Payment of Fees and Expenses.

The Trustee filed his Report of Distribution on 3/17/15. CBCS, an unsecured creditor in this matter, returned its check in the amount of $6.68 stating that it could not locate an account. The Trustee is filing this Second Report of Distribution because redistributing the funds will not produce a check of more than $5 for any remaining unsecured creditor.

WHEREFORE, based upon the foregoing the Trustee shall promptly distribute the estate proceeds to the Court as small dividends.

/s/ David M. Whittaker  
David M. Whittaker, Trustee (0019307)  
BRICKER & ECKLER LLP  
100 South Third Street  
Columbus, OH  43215  
Phone:  (614) 227-2355  
Fax:  (614) 227-2390  
Email:  dwhittaker@bricker.com

cc:     United States Trustee  
        170 North High Street, Suite 200  
        Columbus, OH  43215

8679219v1